■ In the Matter of THURCON PROPERTIES, LTD., Appellant, v CONCILIATION AND APPEALS BOARD OF THE CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Burton Sherman, J.), entered on October 13, 1982, unanimously affirmed, without costs and without disbursements. This court, *sua sponte,* grants petitioner-appellant leave to appeal to the Court of Appeals and certifies the following question: "Was the order of the Supreme Court, as affirmed by this court, properly made?" No opinion. Concur — Murphy, P. J., Sullivan, Silverman, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CLARK TWELVE-TREES, Respondent. — Order, Supreme Court, New York County (Benjamin Lander, J.), entered on January 15, 1982, unanimously affirmed. Concur — Carro, J. P., Asch, Bloom and Fein, JJ.; Alexander, J., concurs on the opinion of Benjamin Lander, J.

■ NEWIN CORPORATION et al., Appellants, v HARTFORD ACCIDENT AND INDEMNITY COMPANY et al., Respondents, et al., Defendants. — On remittitur from the Court of Appeals (58 NY2d 645, 646), ruling that plaintiffs had an appeal to this court as of right (CPLR 5701, subd [a], par 2, cls [iv], [v]) and that this court had erred in dismissing the appeal as " 'nonappealable' " and directing consideration of the application on the merits, order, Supreme Court, New York County (Norman C. Ryp, J.), entered July 24, 1981 which (1) granted defendant Hartford Accident and Indemnity Company partial summary judgment dismissing the first cause of action of the second amended complaint, and (2) granted Insurance Company of North America partial summary judgment dismissing the second cause of action of the complaint, unanimously affirmed, with costs, on the authority of *Newin Corp. v Continental Ins. Co.* (80 AD2d 756, mots for lv to app dsmd 53 NY2d 606, 938; see, also, *Newin Corp. v Hartford Acc. & Ind. Co.,* 55 NY2d 744). Concur — Kupferman, J. P., Bloom, Fein and Milonas, JJ.